UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS FORBES,<br><br>   Defendant. | Case No. 15-cv-01222-KAW<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Richard Seeborg to consider whether it is related to *HSBC Bank USA, National Association v. Forbes, et al*, C-15-0026-RS. The above-captioned case marks the second time a defendant has attempted to improperly remove the state action to this court, notwithstanding Judge Seeborg's March 4, 2015 remand order.

**IT IS SO ORDERED.**

Dated: 03/26/15

KANDIS A. WESTMORE
United States Magistrate Judge