UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA,<br><br>        Plaintiff,<br><br>   v.<br><br>SONORA ROGERS, et al.,<br><br>        Defendants. | Case No. 15-cv-02933-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *HSBC Bank USA, National Association v. Forbes,* 15-cv-00026-RS.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HSBC BANK USA,

    Plaintiff,

v.

SONORA ROGERS, et al.,

    Defendants.

Case No. 15-cv-02933-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonora Rogers
3410 La Sierra Avenue, Ste F-496
Riverside, CA 92503

Dated: June 25, 2015

Richard W. Wieking
Clerk, United States District Court

_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2